Dismissed and Memorandum Opinion filed June 22, 2006









Dismissed and Memorandum Opinion filed June 22, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01263-CV

____________

 

B.Z.B., INC., C. MICHAEL ORR,
INDIVIDUALLY AND

AS DIRECTOR OF B.Z.B., INC.,
Appellants

 

V.

 

DONAL S. CLARK, Appellee

 



 

On Appeal from the
10th District Court

 Galveston County, Texas

Trial Court Cause
No.
04CV0895-A

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 22, 2005.

On June 9, 2006, the parties filed a motion to dismiss the
appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 22, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.